**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DERISE | CIVIL ACTION |
| VERSUS | 21-432-SDD-RLB |
| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA | |

### RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated October 5, 2021, to which no opposition was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's *Complaint* is hereby DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the Parties bear their own costs.

Signed in Baton Rouge, Louisiana the 1 day of ~~October~~ November, 2021.

*[signature]*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 4.